| | | |
|---|---|---|
| **Ari H. Marcus, Esq.**<br>Licensed to Practice in NJ, NY & PA<br>Ari@MarcusZelman.com<br><br>**Yitzchak Zelman, Esq.**<br>Licensed to Practice in NJ & NY<br>YZelman@MarcusZelman.com | **MARCUS & ZELMAN, LLC**<br>ATTORNEYS & COUNSELLORS AT LAW<br>Tel: (732) 695-3282<br>Fax: (732) 298-6256<br>www.MarcusZelman.com | **NEW JERSEY OFFICE**:<br>1500 Allaire Avenue, Suite 101<br>Ocean, New Jersey 07712<br><br>**NEW YORK OFFICE**:<br>4 Ridgeway Terrace<br>Spring Valley, New York 10977<br><br>*\*All Correspondences to NJ Office* |

October 20, 2016

**VIA ECF**

Clerk of the Court
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

      Re:    *Alan Brahamsha v. Starbucks Corporation*
              **Case No: 3:16-cv-05573**

Dear Sir or Madam:

    We represent Plaintiff Alan Brahamsha in the above-referenced matter. On Plaintiff's behalf, I write, pursuant to Local Rule 7.1(d)(5) to respectfully request an automatic two-week extension of Plaintiff's deadline to oppose Defendant's pending Motion to Dismiss (dkt. 007).

    The originally noticed motion day of November 7, 2016 has not been previously extended or adjourned. Under the original motion day, Plaintiff's opposition papers are due on October 24, 2016. With the automatic extension under Rule 7.1(d)(5), the new motion date would be November 21, 2016 and Plaintiff's opposition would be due November 7, 2016.

    Thank you for your time and attention in matter.

                                      Respectfully submitted,

                                      *s/ Ari H. Marcus*
                                      Ari H. Marcus, Esq.
                                      MARCUS ZELMAN, LLC

cc via ECF:      Patrick J. Perrone