**K&L GATES LLP**
Patrick J. Perrone
patrick.perrone@klgates.com
Loly G. Tor
loly.tor@klgates.com
One Newark Center, Tenth Floor
Newark, New Jersey 07102
T: (973) 848-4000
F: (973) 848-4001
*Attorneys for Defendant Starbucks Corporation*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALAN BRAHAMSHA, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION, a Washington corporation,<br><br>  Defendant. | Case No. 3:16-cv-05573<br><br>Hon. Freda L. Wolfson, U.S.D.J.<br>Hon. Tonianne J. Bongiovanni, U.S.M.J. |

**CONSENT ORDER TRANSFERRING ACTION TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON**

Plaintiff Alan Brahamsha ("Plaintiff") and Defendant Starbucks Corporation ("Defendant") (collectively the "Parties"), by and through their counsel, hereby stipulate and consent to (1) the transfer of the above-captioned case to the District Court for the Western District of Washington, (2) the withdrawal as moot of Defendant's Motion to Transfer Venue (ECF No. 6); (3) the withdrawal without prejudice of Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 7), and (4) the extension of the time in which Defendant shall answer or otherwise respond to Plaintiff's Complaint to 21 days after the entry of this Consent Order; and accordingly

500061583_1

**IT IS ORDERED** on this 25th day of October, 2016, that:

(1)  This action is hereby transferred to the United States District Court for the Western District of Washington;

(2)  Defendant's Motion to Transfer Venue (ECF No. 6) is hereby withdrawn as moot;

(3)  Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 7) is hereby withdrawn without prejudice;

(4)  Defendant's deadline to answer or otherwise respond with respect to Plaintiff's Complaint shall be 21 days from the date that this Consent Order is entered by the Court; and

(5)  No party shall be deemed to have waived any rights or arguments with respect to the issues in the Motion to Dismiss Plaintiff's Complaint or with respect to Plaintiff's claims and Defendant's defenses in this matter or otherwise as a result of the stipulated transfer of this action.

/s/          Freda L. Wolfson
Hon. Freda L. Wolfson, U.S.D.J.